UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

JEREMY SMALLWOOD,

    Plaintiff,

  v.

JOHN DOE,

    Defendant.

Case No. 24-cv-06422-RS (PR)

**ORDER OF DISMISSAL**

Plaintiff has not complied with the Clerk's Notices to file a complaint, and either pay the $402.00 filing fee or file an application to proceed *in forma pauperis* (IFP). Accordingly, this federal civil rights action is DISMISSED (without prejudice) for failure to prosecute and for failure to comply with the Clerk's Notices, *see* Federal Rule of Civil Procedure 41(b).

Because this dismissal is without prejudice, plaintiff may move to reopen the action. Any such motion <u>must</u> (i) have the words MOTION TO REOPEN written on the first page; (ii) be accompanied by a complaint on this Court's form; and (iii) be accompanied by full payment for the $402.00 filing fee or a complete IFP application, which includes the application form itself, a Certificate of Funds signed by an authorized prison officer, and a prison trust account statement showing transactions for the last six months. The Clerk shall enter judgment in favor of defendant, and close the file.

**IT IS SO ORDERED.**

**Dated:** October 31, 2024

_____
RICHARD SEEBORG
Chief United States District Judge